IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| WILLIAM NELLUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| FEDEX FREIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, named-above, complains of act and omissions to act by the Defendant. In support of his Complaint and as cause of action against Defendant, Plaintiff respectfully submits the following:

### JURISDICTION

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e and 42 U.S.C. § 1981 as amended by the Civil Rights Act of 1991; 28 U.S.C. §§ 1331 and 1343.

2. Plaintiff filed a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice of right to sue on September 29, 2017.

### PARTIES

3. Plaintiff is African-American and at all relevant times he resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

### FACTS

5. Plaintiff began working for Defendant in 2015.

6. Plaintiff's was a City Driver.

7. Plaintiff's supervisor was Donna Borum.

8. Donna Borum refused to assign Plaintiff work hours or overtime shifts while she regularly assigned work hours and overtime shifts to similarly situated Caucasian drivers.

9. Plaintiff complained to management about the discriminatory conduct he was suffering but the conduct worsened.

10. Plaintiff was being discriminated against due to his race and retaliated against for complaining about the discriminatory conduct of Defendant.

## COUNT I

11. Plaintiff incorporates by reference paragraphs 1-10.

12. Defendant, as a result of discriminating against Plaintiff due to his race, violated 42 U.S.C. § 1981 and Title VII 42 U.S.C. § 2000 et al.

## COUNT II

13. Plaintiff incorporates by reference paragraphs 1-10.

14. Defendant, as a result of retaliating against Plaintiff due to his protected activity, violated 42 U.S.C. § 1981 and Title VII 42 U.S.C. § 2000 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Reinstate Plaintiff the position from which he was terminated or front pay in lieu of reinstatement.

B. Award Plaintiff back pay and benefits lost;

C. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

D. Award Plaintiff punitive damages;

E.  Award Plaintiff his costs in this action and reasonable attorney fees;

F.  Grant Plaintiff a permanent injunction enjoining Defendant from engaging in any

employment practice or policy which discriminates against Plaintiff on the basis of

race.

G.  Grant Plaintiff any other relief which is allowable under the circumstances of this

case.

Respectfully submitted,


 s/Gregory A. Stowers
Gregory A. Stowers, #13784-49
Attorney for Plaintiff

## <u>REQUEST FOR JURY TRIAL</u>

Comes now the Plaintiff and requests that this cause be tried by jury.

Respectfully submitted,

**STOWERS & WEDDLE P.C.**

  s/Gregory A. Stowers
GREGORY A. STOWERS, 13784-49
Attorney for Plaintiff

Gregory A. Stowers, #13784-49
STOWERS & WEDDLE P.C.
626 N. Illinois Street
Suite 201
Indianapolis, IN   46204
(317) 636-6320